Bernard Kirk Barnes # 1952319
Hutchins State Jail
1500 East Langdon Road
Dallas

7,589-27

Court of Criminal Appeals
P.O. Box 12308
Capitol Station Austin Texas
78711

RE:

Barnes, Bernard Kirk
TR. Ct. No. 2-14-333-A
WR- 7,589-27

Dear Clerk of the Court

I am an inmate within the Texas department of Criminal Justice and I am in need of a copy of the above entitled writ of Habeas Corpus

I want to remind you that here we have no way to produce copies therefore I need a copy of the previous 11.07. That I filed so that I may take this issue to Federal court

Bernard Barnes
1/29/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk